A. G. FILE NO.



273

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable A. W. Meadows, Director
Texas Aeronautics Commission
Austin, Texas

Opinion No. 0-7492

Re: Whether three cities may
jointly acquire, operate,
and maintain an airport

Dear Sir:

This will acknowledge receipt of your letter of December 18, 1946, requesting the opinion of this Department upon the following question:

"Can the cities of Mission, McAllen and Edinburg, Texas, legally, jointly own, acquire, operate and maintain an airport by city funds or bond issue?"

In Opinion O-5230, a copy of which has been furnished you, this Department held that the City of Brownfield, Texas, and Terry County, Texas, may not under existing law legally, jointly own and operate an airport.

For the reasons therein given, it is also the opinion of this Department that the cities of Mission, McAllen, and Edinburg, may not legally, jointly own, acquire, operate, and maintain an airport.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By James D. Smullen
James D. Smullen
Assistant

Jds:jt

APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN

APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT